UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

Brenda Jo Wright                              Chapter 13

                                              Case No.   11-33327

SSN# :   XXX-XX-8752

DEBTOR

## CHAPTER 13 TRUSTEE'S REPORT OF COMPLETION OF PLAN PAYMENTS

Warren L. Tadlock, Chapter 13 Trustee, reports to the Court that the above-named debtor has made all payments to the Chapter 13 Trustee as required by the confirmed Chapter 13 plan.

Dated:  December 30, 2016                     WARREN L. TADLOCK
                                              Standing Chapter 13 Trustee
                                              5970 Fairview Road, Suite 650
                                              Charlotte, NC  28210-2100

## CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid.

Brenda Jo Wright, 2607 Stagbuck Drive, Gastonia, NC  28052

                                              M. Greene
                                              Chapter 13 Trustee Office

## **INSTRUCTIONS REGARDING CHAPTER 13 DISCHARGE**

To the Debtor and the Attorney for the Debtor:

The Chapter 13 Trustee has filed a Report of Completion of Plan Payments.

> **You are hereby notified that, pursuant to the Bankruptcy Code & Rules, and Administrative Order, IF YOU BELIEVE YOU ARE ENTITLED TO A DISCHARGE, you must prepare, sign, file, and serve on your creditors a DEBTOR'S MOTION FOR ENTRY OF DISCHARGE AND CERTIFICATION REGARDING PLAN COMPLETION (Local Form 8).**
>
> **These documents must be signed, filed and served on your creditors within 60 days of the file date of the Trustee's Report.**

Failure to file and serve the required documents timely could result in the closing of the case without a discharge.

Local Form 8, Motion for Entry of Discharge and Certification Regarding Plan Completion, can be obtained from the Court's web site at www.ncwb.uscourts.gov

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this Chapter 13 case. If you do not have an attorney, you may wish to consult with one.**

WARREN L. TADLOCK
Standing Chapter 13 Trustee
5970 Fairview Road, Suite 650
Charlotte, NC  28210-2100

(704) 372-9650